UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:24-CV-14044-LEIBOWITZ

ALBERT WILFRED GENDRON,

        Plaintiff,

v.

E. RUIZ-DIAZ, *et al.*,

        Defendants.

_____/

## REPORT AND RECOMMENDATION
## ON EXTENDING PRETRIAL DEADLINES

In an Order dated October 7, 2025, [ECF No. 88], United States District Judge David S. Leibowitz asked me for a report and recommendation on whether to extend the dispositive motion deadline and other remaining pretrial deadlines in this case due to discovery disputes. The current dispositive motions deadline is October 16, 2025. However, after adjudicating the parties' three recent discovery motions, time must be allotted for Moore Haven Correctional Facility to provide Plaintiff, Albert Gentron's, dental records, for Defendant Dr. Ruiz-Diaz to review them, for any follow-up from those records, and to resolve any disputes concerning Mr. Gendron's request for documents. Therefore, it is RECOMMENDED that the Court extend the dispositive motion deadline by 30 days, to November 17, 2025.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable David S. Leibowitz, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 8th day of October 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE