UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:24-cv-14044-LEIBOWITZ

**ALBERT WILFRED GENDRON**,

    *Plaintiff*,

v.

**E. RUIZ-DIAZ,** *et al.*,

    *Defendants*.
_____/

## ORDER ADOPTING REPORT AND RECOMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation [ECF No. 91] in which United States Magistrate Judge Bruce E. Reinhart recommends that the Court extend the dispositive motion deadline by 30 days, to November 17, 2025. The parties have not filed any objections, and the deadline to do so has passed. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby, **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [ECF No. 91] is **AFFIRMED** and **ADOPTED**.

**DONE AND ORDERED** in the Southern District of Florida on October 24, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:
Albert Wilfred Gendron, *pro se*
C09673
Moore Haven Correctional Facility
Inmate Mail/Parcels
Post Office Box 719001
Moore Haven, FL 33471