**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:24-cv-14044-LEIBOWITZ**

**ALBERT WILFRED GENDRON**,

*Plaintiff*,

v.

**E. RUIZ-DIAZ**,

*Defendant*.
________________________________/

**ORDER ADOPTING REPORT AND RECOMENDATION**

**THIS CAUSE** is before the Court on the Report and Recommendation by United States Magistrate Judge Bruce E. Reinhart [ECF No. 128] (the "R&R), filed on July 1, 2026, recommending that Defendant Dr. E Ruiz-Diaz's Motion for Final Summary Judgment [ECF No. 107] (the "Motion") be GRANTED. The undersigned previously referred the Motion to Judge Reinhart for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 121]. No objections to the R&R were filed during the 14-day objection period. Upon due consideration of the Motion, the R&R, the parties' papers, the relevant portions of the record, and the governing law, the Court finds no error. Accordingly, the Report and Recommendation is ADOPTED AND AFFIRMED for the reasons given below.

**STANDARD OF REVIEW**

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or

general objections need not be considered by the district court." *United States v. Schultz*, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted). Absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" to accept the recommendation. Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment, subdivision (b).

**DISCUSSION**

Plaintiff Albert Wilfred Gendron ("Mr. Gendron") asserts claims relating to dental treatment he received while incarcerated at the Martin Correctional Institution against Dr. Ruiz-Diaz for: (1) deliberate indifference to serious medical needs under the Eighth Amendment; and (2) retaliation under the First Amendment. [ECF No. 24]. Dr. Ruiz-Diaz moved for summary judgment on all claims asserted by Mr. Gendron. [ECF No. 107]. In the R&R, Judge Reinhart recommends granting Dr. Ruiz-Diaz's Motion, finding that the record contains no evidence to support either claim, and therefore that no reasonable jury could find by a preponderance of the evidence that Dr. Ruiz-Diaz violated Mr. Gendron's constitutional rights. [ECF No. 128 at 12]. Judge Reinhart concluded that Mr. Gendron failed to show sufficiently either a serious medical need or that Dr. Ruiz-Diaz was deliberately indifferent to that need. [*Id.* at 14–15]. Moreover, Judge Reinhart concluded that there was no evidentiary support indicating any form of retaliation against Mr. Gendron for filing grievances. [*Id.* at 15–16]. Upon due consideration of Judge Reinhart's well-reasoned R&R, and in the absence of any objection, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 128**] is **ADOPTED AND AFFIRMED** and fully incorporated herein.
2. Dr. Ruiz-Diaz's Motion for Final Summary Judgment [**ECF No. 107**] is **GRANTED**.
3. Pursuant to Fed. R. Civ. P. 58, final judgment will be entered by separate order.

4. *The Clerk* is DIRECTED to **CLOSE this case**

5. All pending motions are **DENIED AS MOOT** and any pending deadlines are TERMINATED.

**DONE AND ORDERED** in the Southern District of Florida on August 28, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:
Counsel of record

Albert Wilfred Gendron, *pro se*
C09673
Moore Haven Correctional Facility
Inmate Mail/Parcels
Post Office Box 719001
Moore Haven, FL 33471